UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

---

UNITED STATES OF AMERICA,

　　　　　　　　　　　　Plaintiff,

-against-

Jorge J. Quiroz

　　　　　　　　　　　　Defendant.

Case No.: 93 MJ 01382 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:  13  day of November, 20 20
Poughkeepsie, New York